**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **NORBERTO PAREDES, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-20-CA-600-FB** |
| | ) | |
| **CNC OILFIELD SERVICES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Joint Motion to Approve Settlement Agreement and to Dismiss With Prejudice. (Docket no. 44). After careful consideration of the motion, the proposed settlement agreement, the pleadings on file and the entire record in this case, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Approve Settlement Agreement and to Dismiss With Prejudice (docket no. 44) is GRANTED such that the parties' settlement agreement is APPROVED, including the distribution to plaintiffs, as well as plaintiffs' expenses and attorneys' fees as set forth in the parties' settlement agreement.

IT IS FURTHER ORDERED that this case and all claims asserted in this case by all plaintiffs, including all opt-in plaintiffs, are DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FINALLY ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 8th day of September, 2021

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE