**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **NORBERTO PAREDES, ET AL.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| V. | ) CIVIL ACTION NO. SA-20-CA-600-FB |
| | ) |
| **CNC OILFIELD SERVICES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Approving Settlement Agreement and Dismissing Case With Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the parties' Joint Motion to Approve Settlement Agreement and to Dismiss With Prejudice (docket no. 44) is GRANTED such that the parties' settlement agreement is APPROVED, including the distribution to plaintiffs, as well as plaintiffs' expenses and attorneys' fees as set forth in the parties' settlement agreement.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this case and all claims asserted in this case by all plaintiffs, including all opt-in plaintiffs, are DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 8th day of September, 2021

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE